IT IS SO ORDERED.

Dated: October 25, 2012
　　　　06:06:48 PM

_____
Kay Woods
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: CHRISTOPHER E. SMALLWOOD | ) | CASE NO. 11-42653 |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | HONORABLE KAY WOODS |
| | ) | |

### ORDER PARTIALLY VACATING ORDER GRANTING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS (DOCKET NO. 42)

Upon Motion of Richard G. Zellers, Trustee, by and through Counsel, and for good cause shown, it is hereby

**ORDERED,** that the Order Granting Trustee's Objection to Debtor's Claimed Exemptions entered January 19, 2012 (Docket No. 42) is partially vacated to the extent that it ordered that "the Debtor's $4,585.48 exempt interest claimed pursuant to Ohio

Revised Code '§2329.66(A)(10)(c) or 100% of fair market value' in Debtor's Merrill Lynch Acct No. 5HP-39Q51 is disallowed.

# # #

**Submitted by:**

/s/ Melody Dugic Gazda
**RICHARD G. ZELLERS (0011764)**
**MELODY DUGIC GAZDA (0047122)**
Attorneys for Trustee
Richard G. Zellers & Associates
3810 Starrs Centre Drive
Canfield, OH 44406
(330) 702-0780 [telephone]
(330) 702-0788 [facsimile]

Attorney John H. Chaney III
Daniel Daniluk LLC
1129 Niles Cortland Road
Warren, OH 44484

Attorney Faye Dian English
Reimer, Arnovitz, Chernek & Jeffrey
2450 Edison Blvd
Twinsburg, OH 44087

Attorney Scott D. Fink
Weltman, Weinberg & Reis Co., LPA
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113

Attorney Melody Dugic Gazda
3810 Starrs Centre Drive
Canfield, OH  44406

Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Room 441
Cleveland, OH 44114

Attorney Steven M. Palmer
Shapiro, Van Ess, Phillips & Barragate
1100 Superior Avenue #950
Cleveland, OH 44113

Christopher E. Smallwood
5300 Sampson Drive
Girard, OH 44420